UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ASHBY ALLAN MCCLANAHAN JR.                      CASE NO. 6:19-bk-04848
    Debtor.                                                              Chapter 7
_____/

## AMENDED MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR ASHBY ALLAN MCCLANAHAN JR.

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801and serve a copy on the movant's attorney, Marie S.M. Dickinson, P.O. Box 667, Sanford, FL 32772 , and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      The undersigned attorney hereby move the Court for leave to withdraw as counsel for Ashby Allan McClanahan Jr. in the above styled matter and to have her name removed from the service list in this matter and be relieved of all further responsibilities to Ashby Allan McClanahan Jr. in this matter.

      Counsel has good cause to make this motion, and circumstances have arisen that prevent the undersigned attorney from continuing to represent Ashby Allan McClanahan Jr., specifically, the undersigned has accepted a position with the State of Florida Guardian Ad Litem office and is unable to continue to represent private parties.

      The Debtor, Ashby Allan McClanahan Jr., having been notified of the necessity of the withdraw, has executed a Consent to Withdraw that is attached to this Motion.

      Counsel suggest that the customary thirty-day period for new counsel to be retained be enlarged and that the Debtor be permitted sixty days in which to procure new representation.

      Counsel requests that the 341 meeting, currently scheduled August 22, 2019, be rescheduled until such time as the Debtor has obtained legal counsel.

Counsel believes that withdraw can be accomplished without material adverse effect on the interests of the parties.

For the reasons set forth in this Motion, Counsel respectfully requests that the Court enter an order allowing for the undersigned counsel's withdraw.

_____
MARIE S. DICKINSON, ESQUIRE
Florida Bar Number 126215
P.O. Box 667
Sanford, FL 32772
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail:
servicedickinsonlaw@gmail.com

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a true and correct copy of this pleading has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 8th day of August, 2019.

_____
MARIE S. DICKINSON, ESQUIRE
Florida Bar Number 126215
P.O. Box 667
Sanford, FL 32772
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail:
servicedickinsonlaw@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

ASHBY ALLAN MCCLANAHAN JR.  CASE NO. 6:19-bk-04848
    Debtor.  Chapter 7
_____/

**CONSENT TO WITHDRAW OF COUNSEL**

**TO**:   ASHBY ALLAN MCCLANAHAN JR.
        P.O. BOX 667
        SANFORD, FL 32772

     **COMES NOW, ASHBY ALLAN MCCLANAHAN JR.**, and hereby consents to the withdraw of **MARIE DICKINSON, ESQUIRE** as my counsel of record in the above-styled cause.  Due to an unforeseen change in circumstances, I request that the aforementioned counsel is relieved from any future representation on my behalf.

Dated:  August __7th__, 2019.          _____
                                                 **ASHBY ALLAN MCCLANAHAN JR.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-04848-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Aug  7 21:45:39 EDT 2019 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ashby Allan McClanahan Jr<br>PO Box 667<br>SANFORD, FL 32772-0667 |
| Marie S.M. Dickinson<br>Marie S.M. Dickinson, Esquire<br>Post Office Box 667<br>Sanford, FL 32772-0667 | Richard B Webber<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |