[6ogmrc] [ORDER GRANTING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

Dated: August 29, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ashby Allan McClanahan Jr
dba Ashby Allan McClanahan Jr., Attorney At Law

Case No. 6:19–bk–04848–CCJ
Chapter 7

_____Debtor*_____/

ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE

This case came on for the debtor's Motion to Reinstate Case (the "Motion")(Doc. No. 17 ). After reviewing the pleadings and considering the position of all parties in interest, it is

ORDERED:

1. The Motion (Doc. No. 17 ) is granted.

2. The case is reinstated.

3. The Order Dismissing Case (Doc. No. 15 ) is vacated.

The debtor is directed to attend a rescheduled meeting of creditors on October 3, 2019, at 10:00 p.m. at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 1203B, Orlando, Florida 32801.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.