**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: August 29, 2019

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:19–bk–04848–CCJ
                                                                          Chapter 7
Ashby Allan McClanahan Jr
dba Ashby Allan McClanahan Jr., Attorney At Law

_____Debtor*_____/

### ORDER ABATING AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

THIS CASE came on for consideration, without hearing, of the Amended Motion for Leave to Withdraw as Counsel by Debtor , Doc. # 14 . After review, the Court determines that the motion , is deficient as follows:

Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013–1(e).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.