UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ASHBY ALLAN MCCLANAHAN JR.　　　　　　　CASE NO. 6:19-bk-04847
　　Debtor.　　　　　　　　　　　　　　　　Chapter 7
_____/

**CERTIFICATE OF MAILING**

(Notice of Bankruptcy and Section 341(a) meeting)

　　I HEREBY CERTIFY that a true and correct copy of the Amended Notice of Bankruptcy Case (amended to correct date and time). Section 341(a) meeting to be held on 10/17/2019 at 9:00 AM at Orlando, FL (687) Suite 1203B, George C. Young Courthouse, 400 West Washington Street. Last day to oppose discharge or dischargeability is 10/21/2019, Document No. 22, and of this Certificate of Mailing, has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 16th day of October 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARIE S.M. DICKINSON, ESQUIRE
　　　　　　　　　　　　　　　　　　Fla Bar No. 126215
　　　　　　　　　　　　　　　　　　P.O. Box 667
　　　　　　　　　　　　　　　　　　Sanford, FL 32772
　　　　　　　　　　　　　　　　　　Telephone:  407.322.6012
　　　　　　　　　　　　　　　　　　Facsimile: 407.386.7229
　　　　　　　　　　　　　　　　　　E-Mail:  servicedickinsonlaw@gmail.com

```
Label Matrix for local noticing          Booker and Associates                    Bright House Networks
113A-6                                    1019 Town Center Drive, Ste 201          P.O. Box 790450
Case 6:19-bk-04848-CCJ                    Orange City, FL 32763-8253               Saint Louis, MO 63179-0450
Middle District of Florida
Orlando
Tue Oct 15 21:41:31 EDT 2019

Florida Department of Revenue             Healthcare Finance                       Healthcare Finance Direct LLC
Bankruptcy Unit                           1707 Eye St, Suite 300                   1707 Eye Street Suite 300
Post Office Box 6668                      Bakersfield, CA 93301-5208               Bakersfield, CA 93301-5208
Tallahassee FL 32314-6668


(p)INTERNAL REVENUE SERVICE               Internal Revenue Service                 Kepler Family Enterprises, LLC
CENTRALIZED INSOLVENCY OPERATIONS         Post Office Box 7346                     280 N. Kepler Rd
PO BOX 7346                               Philadelphia PA 19101-7346               Deland, FL 32724-4712
PHILADELPHIA PA 19101-7346


Kim Booker                                Laser Spine Institute                    Marlin Leasing
1019 Town Center Drive, Ste 201           5332 Avion Park Drive                    300 Fellowship Rd
Orange City, FL 32763-8253                Tampa, FL 33607-1412                     Mt. Laurel, NJ 08054-1727


Pitney Bowes Global Finance Services LLC  Seminole County Tax Collector            United States Trustee - ORL7/13
P.O. Box 371887                           Post Office Box 630                      Office of the United States Trustee
Pittsburgh, PA 15250-7887                 Sanford FL 32772-0630                    George C Young Federal Building
                                                                                   400 West Washington Street, Suite 1100
                                                                                   Orlando, FL 32801-2210

Wells Fargo Card Services                 Ashby Allan McClanahan Jr                Marie S.M. Dickinson
P.O. Box 51193                            PO Box 667                               Marie S.M. Dickinson, Esquire
Los Angeles, CA 90051-5493                SANFORD, FL 32772-0667                   Post Office Box 667
                                                                                   Sanford, FL 32772-0667


Richard B Webber
Post Office Box 3000
Orlando, FL 32802-3000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                  End of Label Matrix
400 W Bay Street                          Mailable recipients    18
Jacksonville, FL 32202                    Bypassed recipients     0
                                          Total                  18
```