**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: October 23, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:19−bk−04848−CCJ
        Chapter 7

Ashby Allan McClanahan Jr
dba Ashby Allan McClanahan Jr., Attorney At Law

_____Debtor*_____/

### ORDER STRIKING SECOND AMENDED SCHEDULE E/F; SCHEDULE I; AMENDED SCHEDULE J

   THIS CASE came on for consideration, without hearing, of the Second Amended Schedule E/F; Schedule I; Amended Schedule J filed October 22, 2019, Doc. No. 36, 37, 38. The Second Amended Schedule E/F; Schedule I; Amended Schedule J is deficient as follows:

> The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

   Accordingly, it is **ORDERED:**

   The Second Amended Schedule E/F; Schedule I; Amended Schedule J is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.