```
                          United States Bankruptcy Court
                             Middle District of Florida
In re:                                                                  Case No. 19-04848-CCJ
Ashby Allan McClanahan, Jr                                              Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: karla              Page 1 of 1         Date Rcvd: Oct 29, 2019
                              Form ID: pdfdoc3         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Ashby Allan McClanahan, Jr,    PO Box 667,    SANFORD, FL 32772-0667

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              Marie S.M. Dickinson    on behalf of Debtor Ashby Allan McClanahan, Jr
               servicedickinsonlaw@gmail.com
              Richard B Webber    F001@ecfcbis.com,    rschohl@zkslawfirm.com;rwebber@zkslawfirm.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3

ORDERED.

**Dated: October 29, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:19-bk-04848-CCJ
  Chapter 7
Ashby Allan McClanahan Jr

_____Debtor_____/

### ORDER GRANTING AMENDED MOTION FOR LEAVE TO WITHDRAW

THIS CASE came on for consideration, without hearing, on the Debtor's Amended Motion for Leave to Withdraw (Document #20).

Accordingly, it is **ORDERED:**

1. Debtor's Amended Motion for Leave to Withdraw is GRANTED.

2. Marie S.M. Dickinson, Esquire is hereby relieved of all further responsibility in this action.

3. The Clerk of the Court shall terminate Marie S.M. Dickinson from the Court's electronic communications and service list in this case.

4. All future communications, motions, correspondence or filings in this case shall be forwarded by the Clerk of the Court to Ashby Allan McClanahan Jr., P.O. Box 667, Sanford, FL 32772.

Marie S.M. Dickinson, Esquire is directed to serve a copy of this order on interested parties and docket a Certificate of Service within 3 days of entry of the order.